No. 95–6598. HARRIS v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–6599. JACKSON v. WEST VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 95–6601. WODKIEWICZ v. PATENT AND TRADEMARK OFFICE BOARD OF PATENT APPEALS AND INTERFERENCES. C. A. Fed. Cir. Certiorari denied.

No. 95–6602. SLOAN v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–6603. TURNER v. CULLUM, SECRETARY OF VIRGINIA HEALTH AND HUMAN RESOURCES. C. A. D. C. Cir. Certiorari denied.

No. 95–6604. USKE v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 95–6609. PADERES v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–6614. BARNETTE v. JONES ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–6617. GETTY v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 95–6618. STARKS-EL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6620. TRICE v. TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–6621. CHANDLER v. CIRCUIT COURT OF VIRGINIA, CITY OF VIRGINIA BEACH, ET AL. Sup. Ct. Va. Certiorari denied.

No. 95–6623. GENT v. GORDON ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–6624. MOSLEY v. SHELBY ET AL. C. A. 8th Cir. Certiorari denied.